# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

12/3/19

November 26, 2019

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

*[Handwritten endorsement:]* ADJOURNED TO TUESDAY, JANUARY 14, ~~2019~~ 2020, AT 4:30 PM. SO ORDERED. /s/ J. Koeltl 11/29/19 USDJ

*[USDS SDNY stamp:]* DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/3/2019

   Re: **Norris v. Keste Group LLC, et al.**
      **Case No.: 1:19-cv-07568-JGK**

Dear Judge Koeltl:

  The undersigned represents the Plaintiff in the above-captioned case matter. This is an action pursuant to the ADA, as well as similar state and local statutes.

  The Initial Pretrial Conference in this matter is currently scheduled for December 3, 2019 at 4:30 p.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate addresses in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in late December or early January, or any other date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

          Sincerely,

          By: /S/ B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile: (305) 704-3877
           Email: bbw@weitzfirm.com