# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 27, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

---

> Application granted. The parties should submit a revised scheduling order by May 5, 2020.
> SO ORDERED.
>
> /s/ John G. Koeltl
>
> New York, NY
> April 28, 2020

---

      Re:    **Norris v. Keste Group LLC, et al.**
              **Case No.: 1:19-cv-07568-JGK**

Dear Judge Koeltl:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension of May 15, 2020.

    The undersigned has conferred with opposing counsel who consent to this request.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

                                       Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW 9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Tel.: (305) 949-7777
                                  Fax: (305) 704-3877
                                  Email: bbw@weitzfirm.com