# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 18, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

> Application granted. No further stays will be granted except for exceptional good cause.
> SO ORDERED.
>
> New York, NY         /s/ John G. Koeltl
> May 19, 2020         John G. Koeltl
>                      U.S.D.J.

          **Re:**     Norris v. Keste Group LLC, et al.
                    Case No.: 1:19-cv-07568-JGK

Dear Judge Koeltl:

     The undersigned represents the Plaintiff in the above-captioned case matter.

     Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the businesses in this matter, it continues to be very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

     Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter. The undersigned has conferred with opposing counsel who consent to this request.

     The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

                    Sincerely,

                    By: /S/ B. Bradley Weitz
                        B. Bradley Weitz, Esq. (BW 9365)
                        THE WEITZ LAW FIRM, P.A.
                        18305 Biscayne Blvd., Suite 214
                        Aventura, Florida 33160
                        Tel.: (305) 949-7777
                        Fax: (305) 704-3877
                        Email: bbw@weitzfirm.com